William C. Reeves
State Bar No.: 8235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
Email: wreeves@mfrlegal.com

Attorneys for Defendants
Berkshire Hathaway Direct Ins. Co. and
Biberk Insurance Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RMC MOTORSPORTS, LLC., | Case No.: 2:25-cv-00547-CDS-DJA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENDING THE DEADLINE TO RESPOND |
| vs. | |
| BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, et al., | (First Request) |
| Defendants. | |

TO THE COURT:

Plaintiff RMC Motorsports, LLC ("RMC") and Berkshire Hathaway Direct Ins. Co. and Biberk Insurance Services, Inc. (collectively "Berkshire"), by and through counsel, stipulate and agree as follows:

WHEREAS, this matter is an insurance coverage dispute regarding benefits owing in connection with stolen property;

WHEREAS, the current deadline for Defendants to respond to the suit is April 1, 2025;

WHEREAS, RMC and Berkshire (collectively "Parties") desire to explore settlement in lieu of incurring litigation costs and expenses;

WHEREFORE, the Parties, subject to this Court's approval, agree to extend the deadline for Berkshire to respond to the Complaint to April 22, 2025.

///

///

IT IS SO AGREED.

Dated: March 27, 2025

| LEVERTY & ASSOCIATES | MORALES FIERRO & REEVES |
|---|---|
| By: /s/ Patrick Leverty<br>Patrick Leverty<br>Attorneys for Plaintiff | By: /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for Defendants |

The Court, having considered the stipulation of the Parties and good cause appearing, extends the deadline for Berkshire to respond to the Complaint to April 22, 2025.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/31/2025