Patrick R. Leverty, Esq., NV Bar No. 8840
William R. Ginn, Esq., NV Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
3100 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
Ph. (702) 507-0201

MAILING ADDRESS
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
*Attorneys for RMC Motorsports, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RMC MOTORSPORTS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, et al.<br><br>Defendants | Case No.: 2:25-CV-00547-CDS-DJA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENDING THE DEADLINE TO RESPOND TO THE MOTION TO COMPEL APPRAISAL AND STAY THE CASE<br><br>(First Request) |

TO THE COURT:

Plaintiff RMC Motorsports, LLC ("RMC") and Berkshire Hathaway Direct Ins. Co. and Biberk Insurance Services, Inc. (collectively "Berkshire"), by and through counsel, stipulate and agree as follows:

WHEREAS, this matter is an insurance coverage dispute regarding benefits owing in connection with stolen property;

WHEREAS, on March 31, 2025, Berkshire filed a Motion to Compel Appraisal and Stay the Case (ECF NO. 6);

WHEREAS, RMC and Berkshire (collectively "Parties") desire to explore settlement in lieu of incurring litigation costs and expenses;



1

WHEREFORE, the Parties, subject to this Court's approval, agree to extend the deadline for RMC to respond to Berkshire's Motion to Compel Appraisal and Stay the Case (ECF NO. 6) to April 28, 2025.

IT IS SO AGREED.

| | |
|---|---|
| DATED: April 14, 2025 | DATED: April 14, 2025 |
| LEVERTY & ASSOCIATES LAW CHTD. | MORALES FIERRO & REEVES |
| /S/ *Patrick Leverty* | /S/ *William Reeves* |
| Patrick R. Leverty, Esq.<br>832 Willow Street<br>Reno, NV 89502<br>*Attorneys for RMC Motorsports, LLC* | William C. Reeves, Esq.<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106<br>*Attorneys for Defendants*<br>*Berkshire Hathaway Direct Ins. Co. and*<br>*Biberk Insurance Services, Inc.* |

The Court, having considered the stipulation of the Parties and good cause appearing, extends the deadline for RMC to respond to Berkshire's Motion to Compel Appraisal and Stay the Case (ECF NO. 6) to April 28, 2025.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 4/15/2025

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law, Chtd., and that service of the foregoing STIPULATION AND [PROPOSED] ORDER RE: EXTENDING THE DEADLINE TO RESPOND TO THE MOTION TO COMPEL APPRAISAL AND STAY THE CASE was made CM/ECF to all parties on the Service List including:

| William C. Reeves<br>State Bar No.: 8235<br>MORALES FIERRO & REEVES<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106<br>Telephone: 702/699-7822<br>Facsimile: 702/699-9455<br>Email: wreeves@mfrlegal.com<br>*Attorneys for Defendants*<br>*Berkshire Hathaway Direct Ins. Co. and*<br>*Biberk Insurance Services, Inc.* | |

DATED: April 14, 2025

_____
An Employee of Leverty & Associates Law Chtd.