Patrick R. Leverty, Esq., NV Bar No. 8840
William R. Ginn, Esq., NV Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
3100 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
Ph. (702) 507-0201

MAILING ADDRESS
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
*Attorneys for RMC Motorsports, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RMC MOTORSPORTS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, et al.<br><br>Defendants | Case No.: 2:25-CV-00547-CDS-DJA<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY THE CASE WHILE THE PARTIES DISCUSS RESOLUTION<br><br>(Second Request)<br><br>**As amended on page 2** |

TO THE COURT:

Plaintiff RMC Motorsports, LLC ("RMC") and Berkshire Hathaway Direct Ins. Co. and Biberk Insurance Services, Inc. (collectively "Berkshire"), by and through counsel, stipulate and agree as follows:

WHEREAS, this matter is an insurance coverage dispute regarding benefits owing in connection with stolen property;

WHEREAS, on March 31, 2025, Berkshire filed a Motion to Compel Appraisal and Stay the Case (ECF NO. 6);

WHEREAS, RMC and Berkshire (collectively "Parties") desire to explore settlement in lieu of incurring litigation costs and expenses;

WHEREAS, RMC has provided documentation to Berkshire to support their claims;

1

WHEREAS, Berkshire is processing the documentation provided and also addressing third-party theft claims related to RMC's loss;

WHEREAS, the Parties believe it is in their best interest to continue discussions to try to resolve this case as opposed to expending time and resources to litigating this matter;

WHEREFORE, the Parties, subject to this Court's approval, agree to Stay the Case (ECF NO. 6) to July 31, 2025.

IT IS SO AGREED.

DATED: June 4, 2025

LEVERTY & ASSOCIATES LAW CHTD.

/S/ *Patrick Leverty*
Patrick R. Leverty, Esq.
832 Willow Street
Reno, NV 89502
*Attorneys for RMC Motorsports, LLC*

DATED: June 4, 2025

MORALES FIERRO & REEVES

/S/ *William Reeves*
William C. Reeves, Esq.
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
*Attorneys for Defendants
Berkshire Hathaway Direct Ins. Co. and
Biberk Insurance Services, Inc.*

The Court, having considered the stipulation of the Parties and good cause appearing,

Stays the Case until July 31, 2025, to allow the Parties time to try to resolve this dispute. *See Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936) (explaining that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket...")

The parties shall either file a stipulation of dismissal, a stipulation to continue the stay, or a stipulation to lift the stay and set a discovery plan on or before **August 7, 2025.**

The Court will further **DENY** Defendants' motion to compel appraisal (ECF No. 6) without prejudice and with leave to refile if settlement is unsuccessful.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 13, 2025



# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law, Chtd., and that service of the foregoing STIPULATION AND [PROPOSED] ORDER TO STAY THE CASE WHILE THE PARTIES DISCUSS RESOLUTION was made CM/ECF to all parties on the Service List including:

William C. Reeves
State Bar No.: 8235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
Email: wreeves@mfrlegal.com
*Attorneys for Defendants*
*Berkshire Hathaway Direct Ins. Co. and*
*Biberk Insurance Services, Inc.*

DATED: June 4, 2025

_____
An Employee of Leverty & Associates Law Chtd.