1  Patrick R. Leverty, Esq.
2  Nevada Bar No. 8840
   LEVERTY & ASSOCIATES LAW CHTD.
3  832 Willow St.
   Reno, NV 89502
   Ph. (775) 322-6636
4  pat@levertylaw.com
5  *Attorneys for Plaintiff RMC Motorsports, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RMC MOTORSPORTS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO: 2:25-cv-00547-CDS-DIA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S RENEWED MOTION TO COMPEL APPRAISAL AND STAY THE CASE**<br><br>**(FIRST REQUEST)** |

Plaintiff RMC Motorsports, LLC ("RMC") and Defendants Berkshire Hathaway Direct Ins. Co. and Biberk Insurance Services, Inc. (collectively "Berkshire"), by and through counsel, hereby stipulate that Plaintiff RMC shall have up to and including **Thursday, September 25, 2025**, to respond to Defendant Berkshire's Renewed Motion to Compel Appraisal and Stay the Case (ECF NO. 21). This is the first requested extension to respond to the Renewed Motion.

DATED: September 16, 2025                           DATED: September 16, 2025

LEVERTY & ASSOCIATES LAW CHTD.            MORALES FIERRO & REEVES

 /S/ *Patrick Leverty*                                          /S/ *William Reeves*
Patrick R. Leverty, Esq.                                   William C. Reeves, Esq.
832 Willow Street                                           600 S. Tonopah Drive, Suite 300
Reno, NV 89502                                              Las Vegas, NV 89106
*Attorneys for RMC Motorsports, LLC*              *Attorneys for Defendants*
                                                                    *Berkshire Hathaway Direct Ins. Co. and*
                                                                    *Biberk Insurance Services, Inc.*



1

1  The Court, having considered the stipulation of the Parties and good cause appearing, extends Plaintiff RMC's time to respond to the Renewed Motion to Compel Appraisal and Stay the Case until Thursday, September 25, 20225.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/22/2025



# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law, Chtd., and that service of the foregoing STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S RENEWED MOTION TO COMPEL APPRAISAL AND STAY THE CASE was made CM/ECF to all parties on the Service List including:

| | |
|---|---|
| William C. Reeves<br>State Bar No.: 8235<br>MORALES FIERRO & REEVES<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106<br>Telephone: 702/699-7822<br>Facsimile: 702/699-9455<br>Email: wreeves@mfrlegal.com<br>*Attorneys for Defendants*<br>*Berkshire Hathaway Direct Ins. Co. and*<br>*Biberk Insurance Services, Inc.* | |

DATED: September 16, 2025

/s/ Patrick Leverty
An Employee of Leverty & Associates Law Chtd.